**Opinion issued April 10, 2014**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-14-00183-CV

———————————

**SHELBY WEBSTER, Appellant**

**V.**

**CARLTON JENSEN, DAWN JENSEN, HOLLY HACKNEY, TODD HACKNEY AND KYLE JENSEN, Appellees**

---

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 10-DCV-182487**

---

## MEMORANDUM OPINION

On March 24, 2014, Appellant, Shelby Webster, has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued and more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.

P. 42.2(a), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland and Brown.